IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RAY EVANS                                                    PLAINTIFF

v.                          Case No. 07-2040

JUDGE J. MICHAEL FITZHUGH,
Circuit Judge; CLAIRE LOUISE
BORENGASSER, Senior Deputy
Prosecutor and UNITED STATES
MAGISTRATE JUDGE JAMES R.
MARSCHEWSKI                                                       DEFENDANTS

**ORDER**

    Now on this 12th day of May 2009, there comes on for consideration the report and recommendation filed herein on April 20, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). Also before the Court are Plaintiff's written objections (Doc. 5).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, asserted against individuals who are immune from suit, or fail to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

    IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge

**AO72A**
**(Rev. 8/82)**