IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RAY EVANS                                                PLAINTIFF

    v.                           No. 07-2040

JUDGE J. MICHAEL FITZHUGH,
Circuit Judge; CLAIRE LOUISE
BORENGASSER, Senior Deputy
Prosecutor and UNITED STATES
MAGISTRATE JUDGE JAMES R. MARSCHEWSKI                          DEFENDANTS

### ORDER

    Now on this 31st day of August 2009, there comes on for consideration the report and recommendation filed herein on August 11, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 13). The parties have not filed any objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for leave to appeal IFP (Doc. 11) is DENIED. *See* 28 U.S.C. § 1915(a)(3). Plaintiff may renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 24(a). Further, the U.S. District Clerk is directed to collect the $455 filing fee pursuant to the terms of the Prison Litigation Reform Act.

AO72A
(Rev. 8/82)

      IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge